**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **OSCAR WALDEN, JR.,** | ) | |
| | ) | **No. 04 C 0047** |
| **Plaintiff,** | ) | |
| | ) | **Judge Mark R. Filip** |
| | ) | |
| **CITY OF CHICAGO, et al.,** | ) | **Magistrate Judge Mason** |
| | ) | |
| **Defendants.** | ) | |

**Plaintiff's Motion to Set Expert Discovery Schedule**

Plaintiff Oscar Walden, by his counsel John L. Stainthorp, moves that this court set a schedule for expert discovery, and in support of this motion states:

1. Plaintiff has produced to the defendant City reports from two expert witnesses in support of his claim against the City. Attachment A, Attachment B.

2. No expert discovery schedule has yet been set by the court.

3. There is pending before the court a motion by the plaintiff to potentially limit the extent to which the City can challenge the plaintiff's experts or produce experts in its own behalf, based on the failure of the City to produce a 30(b)(6) witness, but plaintiff has no objection to the City deposing his experts, if it wishes to do so.

4. Further, plaintiff has no objection to the City being required to name its own experts within a specified period of time, subject to these experts potentially being struck because of the City's failure to produce a 30(b)(6) witness.

Wherefore, plaintiff requests that this court set a schedule for the City to take the depositions and also set a deadline for the City to name experts, if it is allowed to do so by this court.

Dated: October 3, 2007

Respectfully submitted,

/s/ John L. Stainthorp
John L. Stainthorp
People's Law Office
1180 N. Milwaukee, 3rd floor
Chicago, IL 60622
773 235 0070
773 235 6699 (Fax)
Stainthorp@aol.com

Counsel for Plaintiff

2

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

To:      Penelope M. George, Stephen Baker
Assistant Corporation Counsel
30 N. LaSalle Street, Room 900
Chicago, IL 60602

Please take notice that on August 23, 2006, I filed with the United States District Court the **Plaintiff's Motion for Extension of Time to Complete Discovery**, a copy of which is hereby served upon you via the ECF system.

Dated: August 23, 2006

/s/ John L. Stainthorp

_____

John L. Stainthorp
Attorney for Plaintiff

People's Law Office
1180 N. Milwaukee
Chicago, IL 60622
773/235-0070

3